UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-20942-KING

ANN JOHNSON,

    Plaintiff,

vs.

ROYAL CARIBBEAN CRUISES LTD.,

    Defendant.
_____/

## **NOTICE OF APPEARANCE BY TOUSSAINT M. CUMMINGS, ESQ**

Toussaint M. Cummings, Esq., of the FairLaw Firm, notices the Court and all parties of his appearance in this action as Counsel for Plaintiff and requests that copies of all pleadings and documents be sent to the address below in the Certificate of Service.

Respectfully submitted this 31st day of August 2021.

                                        s/Toussaint M. Cummings, Esq.
                                        Toussaint M. Cummings, Esq.
                                        Fla. Bar No. 119877
                                        toussaint@fairlawattorney.com
                                        FAIRLAW FIRM
                                        135 San Lorenzo Avenue
                                        Suite 770
                                        Coral Gables, FL 33146
                                        Tel:   305.230.4884
                                        *Counsel for Plaintiff*

1

135 S`AN` L`ORENZO` A`VENUE`, S`UITE` 770, C`ORAL` G`ABLES`, F`LORIDA` 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com